

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 31, 2022

**BY ECF**

Application GRANTED. Sentencing is rescheduled to March 9, 2022, at 10:00 a.m. The Clerk of Court is directed to terminate Doc. #151. SO ORDERED.

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

February 1, 2022

Re:   **United States v. Roberto Ponce Rocha, S1 16 Cr. 30 (JMF)**

Dear Judge Furman:

The Government writes, with consent of the defense, regarding the sentencing proceedings for defendant Roberto Ponce Rocha, which are currently set for March 2, 2022. *See* Dkt. 149. For scheduling reasons, the parties respectfully request that the defendant's sentencing be held on alternative date. Following consultation with Chambers regarding the Court's anticipated availability, the parties jointly propose to proceed with sentencing on March 9, 2022 at 10:00 a.m.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____/s/_____
     Kimberly J. Ravener
     Assistant United States Attorney
     (212) 637-2358

cc:  Marc Stein, Esq. (by email)