UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
          :
UNITED STATES OF AMERICA          :
          :
    -v-          :      16-CR-030-1 (JMF)
          :
ROBERTO PONCE-ROCHA,          :      ORDER
          :
    Defendant.          :
          :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court received the attached letter, dated February 2, 2022, from the Defendant. (Although the letter relates the relationship with counsel, it does not reveal any confidential attorney-client communications.  Accordingly, the Court is filing it publicly.)

      Defense counsel shall promptly arrange to speak with the Defendant and then confer with counsel for the Government.  After doing so, but no later than **February 28, 2022**, defense counsel shall file a letter indicating whether sentencing — which is currently scheduled for March 9, 2022 — should be adjourned in light of Defendant's letter (or converted into a conference to address the letter) or whether the letter can be addressed in connection with sentencing.

      SO ORDERED.

Dated: February 18, 2022      _____
      New York, New York          JESSE M. FURMAN
          United States District Judge

Date: February 2, 2022

Roberto Ponce Rocha
Reg. #: 75934-054
MDC Brooklyn
P.O. Box 329002
Brooklyn, NY, 11232

To: Southern District Court
    40 Foley Square, Courtroom 1105
    New York, NY 10007
Attn: Honorable Jesse M. Furman

Re: United States vs. Ponce,
    Indictment # S1 16 Cr. 30
    (Requesting Removal of Defense Attorney)

Honorable Secretary of the Court:

   The above mentioned defendant addresses this respectful Court with regard to the above reference matter. At your earliest convinience please deliver this motion-letter to the Judge in charge of my case.
   The reason for my request of the Removal of Defense Attorney of mine is because my attorney hasn't be trans-

parent in my case regarding to what im intitle too. I get the impression he doesn't, whatever the reason is, want to provide me with information that is both beneficial for me and for the Court to know about it. Therefore I respectful request the removal of my defense attorney.

Thank You for your time in reading my letter regarding this matter. Have a great day.

Roberto Ponce Rocha

Roberto Ponce Rocha
759134-054
MDC Brooklyn
11232 NY
PO Box 329002

HONORABLE:
JESSE M. FORMAN
40 FOLEY SQUARE
NEW YORK NY 10007

LEGAL HELPER

10007-150299